OCI MORTGAGE CORPORATION *v.* CAROLE N. MARCHESE ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 56 Conn. App. 668 (AC 18909), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that 12 U.S.C. § 1823 (e) and the doctrine of *D'Oench, Duhme & Co.* v. *Federal Deposit Ins. Corp.*, 315 U.S. 447, 62 S. Ct. 676, 86 L. Ed. 956 (1942), did not apply to the defendants so as to bar their defenses of setoff and payment of the mortgage note?"

SULLIVAN, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16300.

*Matthew B. Woods*, in support of the petition.

*Matthew J. Broder*, in opposition.

Decided April 28, 2000

WILLIAM COTTER ET AL. *v.* ALLSTATE INSURANCE COMPANY

The plaintiffs' petition for certification for appeal from the Appellate Court, 56 Conn. App. 912 (AC 18914), is denied.

*Gregory E. O'Brien*, in support of the petition.

*Terence A. Zemetis*, in opposition.

Decided April 28, 2000